UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7629 PA (MRWx) | Date | April 10, 2024 |
|---|---|---|---|
| Title | Hazard v. Johnson & Johnson | | |

Present: The Honorable  Michael R. Wilner

| Eddie Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**        ORDER RE: PROTECTIVE ORDER

      The parties submitted a proposed amended protective order regarding discovery in this civil action. (Docket # 59.) The Court accepts and ENTERS the proposed order subject to the following:

      1.    ¶ 8(g) – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.

      2.    ¶ 9(c) – A party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application pursuant to Local Rule of Court 79-5.1., not the erroneously referenced rule.